# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

May 11, 2018

**Via ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Sullivan Jr. v. Backroads, Inc.*
Case No.: 18-cv-02100

Dear Judge Koeltl:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to inform the Court that the parties have reached a contemplated settlement in principle.

The parties respectfully request a stay of proceedings and for the Court to cancel all dates *sine die.*

We thank Your Honor for considering this matter.

Respectfully submitted,

  /s/  C.K. Lee
C.K. Lee, Esq.

cc:   all parties via ECF